Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-458-669**

**Effective Date of Registration:**
August 14, 2025
**Registration Decision Date:**
August 21, 2025



## Title

    **Title of Work:** Edible Wild Flowers

## Completion/Publication

    **Year of Completion:** 2013
    **Date of 1st Publication:** June 01, 2013
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Botanical Arts Press LLC
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Botanical Arts Press LLC
    222 Lower Whitfield Rd, Accord, NY, 12404, United States

## Rights and Permissions

    **Organization Name:** Botanical Arts Press LLC
    **Email:** info@botanicalartspress.com
    **Address:** 222 Lower Whitfield Rd
    Accord, NY 12404 United States

## Certification

    **Name:** David Denholm
    **Date:** August 14, 2025

# Edible Wild Flowers



From the book *Foraging & Feasting: A Field Guide and Wild Food Cookbook* by Dina Falconi and Illustrated by Wendy Hollender



©2015 Botanical Arts Press