**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Botanical Arts Press LLC

                        Plaintiff,

v.                                                                  Case No.: 1:25−cv−15218
                                                                Honorable Rebecca R.
                                                                Pallmeyer

The Partnerships and Unincorporated Associations
Identified on Schedule A

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 18, 2025:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff alleges that 99 Defendants listed in Schedule A are engaged in distributing, marketing, advertising, offering for sale, or selling products that infringe Plaintiff's copyright. The court found no exhibit in the record that provides examples of this activity. Before entering a TRO in this case, the court directs Plaintiff to identify or furnish such exhibits. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.